448 A.2d 1177

Gagnon, Appellant v. Gagnon.

600

Argued June 8, 1982. Joel Cardis, for appellant; Richard T. Abell, for appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.